1
2
3
4
5
6
7
8
9
10
11
12                **UNITED STATES DISTRICT COURT**

13                   **DISTRICT OF NEVADA**

14

15   TBG ENTERPRISES LTD., SCOTT A.    )      2:09-cv-00758-HDM-PAL
     WALKER, MILLARD E. TYDINGS, and  )
16   SHELLY SINGHAL,                   )
                                       )      ORDER
17                  Plaintiffs,        )
                                       )
18   vs.                               )
                                       )
19   BAYERISCHE SOLAR AG; and          )
     individuals GUNTER OCHS and KARL  )
20   MARKERT,                          )
                                       )
21                  Defendants.        )
     _____ )
22
          Counsel for plaintiffs James Kohl with Howard & Howard
23
     Attorneys PLLC filed a motion to withdraw as counsel of record for
24
     plaintiff Millard Tydings (#42) on January 11, 2011.  Plaintiff
25
     Tydings opposed the motion (#45) and Mr. Kohl replied (#46).
26
          The court hereby GRANTS Mr. Kohl's motion to withdraw as
27
     counsel of record for plaintiff Tydings.  Plaintiff Tydings shall
28

                                      1

have twenty (20) days from the date of this order in which to
designate new counsel or advise the court if he will be proceeding
pro se.

**IT IS SO ORDERED.**

DATED: This 23rd day of February, 2011.

Howard D McKibben
_____
UNITED STATES DISTRICT JUDGE