**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TBG ENTERPRISES LTD., SCOTT A. WALKER, MILLARD E. TYDINGS, and SHELLY SINGHAL, <br><br>            Plaintiffs, <br><br>vs. <br><br>BAYERISCHE SOLAR AG; and individuals GUNTER OCHS and KARL MARKERT, <br><br>            Defendants. | 2:09-cv-00758-HDM-PAL <br><br> ORDER |

   Defendants' Motion to Dismiss Complaint (Docket #26) is hereby DENIED without prejudice and with leave to renew after plaintiff Tydings has secured new counsel or designated on the record that he will be proceeding pro se. (See Docket #47)

   **IT IS SO ORDERED**.

   DATED: This 23rd day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE