```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| TBG ENTERPRISES LTD., SCOTT A. WALKER, MILLARD E. TYDINGS, and SHELLY SINGHAL, | ) ) ) ) | 2:09-cv-00758-HDM-PAL |
| Plaintiffs, | ) ) ) | ORDER |
| vs. | ) ) | |
| BAYERISCHE SOLAR AG; and individuals GUNTER OCHS and KARL MARKERT, | ) ) ) ) | |
| Defendants. | ) ) | |

All parties to this action, except plaintiff Millard Tydings, have submitted a stipulation to dismiss this action without prejudice, with each party to bear their own fees and costs [52]. This document does not reflect service on plaintiff Tydings. Pursuant to local rule 7-1(c), the court must treat the stipulation

1

as a motion. Accordingly, the Clerk of Court shall forward a copy of the stipulation [52] to plaintiff Tydings. Plaintiff Tydings shall have fifteen (15) days from the date of this order to file an objection to the stipulation of dismissal without prejudice of plaintiffs TBG Enterprises, Walker and Singhal's claims against defendants BSAG, Ochs and Markert [52].

**IT IS SO ORDERED.**

DATED: This 7th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE